HANSCEL, APPELLANT, ET AL. *v.* WATTERS ET AL., APPELLEES.

[Cite as Hanscel *v.* Watters (1986), 28 Ohio St. 3d 136.]

(No. 86-592—Decided December 24, 1986.)

*Matan & Smith, Eugene L. Matan* and *James D. Colner,* for appellant.

*Bricker & Eckler, Richard T. Taps* and *Martha Post Baxter,* for appellees.

The judgment of the court of appeals in case No. 85AP-743 is hereby affirmed on authority of *Evans* v. *Chapman* (1986), 28 Ohio St. 3d 132, decided this day.

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.